IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MANDIRA KUMAR, Individually and on behalf : 
of all others similarly situated,
    *Plaintiffs*,                               CIVIL ACTION
                                                                          No. 19-0362

    v.                                           :

KULICKE AND SOFFA INDUSTRIES, INC.,
FUSEN CHEN, and JONATHAN CHOU,       :
    *Defendants*.

## **ORDER**

AND NOW, this 15th day of November 2019, upon consideration of Plaintiffs' Notice of Intent Not to Amend (ECF No. 77), it is hereby ORDERED that the above-captioned matter is DISMISSED. It is further ORDERED that the Clerk of Court shall mark this matter CLOSED.

                                                                        BY THE COURT:

                                                                        /s/ C. Darnell Jones, II   J.